# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00505-CV

**Knot Anymore, LLC, Appellant**

**v.**

**Cyn Rod, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY, NO. C-1-CV-18-011897, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## ORDER AND MEMORANDUM OPINION

**PER CURIAM**

Appellant Knot Anymore, LLC has filed an unopposed motion to abate this appeal for a 45-day period beginning on October 29 to allow the parties to finalize a settlement agreement. We grant the motion and abate the appeal. The parties shall submit either a joint status report concerning the status of settlement negotiations or a motion to dismiss on or before December 13, 2019. The appeal will remain abated until further order of this Court.

It is so ordered on November 7, 2019.

Before Chief Justice Rose, Justices Triana and Smith

Abated

Filed: November 7, 2019